UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK W. MEEKS, | No. C 05-4023    JL |
| Plaintiff, | **ORDER** |
| v. | |
| JO ANNE BARNHART, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendants. | |

The Court having received the Memorandum Decision of the U.S. Court of Appeals for the Ninth Circuit, this case is hereby remanded to the Social Security Administration for an award of benefits.

IT IS SO ORDERED.

DATED: January 23,   2009

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\TERMED\05-4023\ORD-REMAND.wpd